Supreme Court of Texas Orders 03/28/2006









THE SUPREME COURT OF TEXAS
Orders Pronounced March 28, 2006
MISCELLANEOUS
A STAY IS ISSUED IN THE FOLLOWING PETITION FOR WRIT OF 
MANDAMUS:

 
 
 06‑0239 
 
 IN RE MARINER HEALTH CARE OF NASHVILLE INC., INDIVIDUALLY 
 AND/OR D/B/A MARINER HEALTH OF NORTH DALLAS; from Dallas County; 5th 
 district 
 (05‑06‑00245‑CV, ___ SW3d ___, 03‑22‑06)
relator's 
 motion for emergency stay granted
stay order issued
requested 
 response due by 3:00 p.m., April 7, 2006
 
  
 
 [Note: The petition for writ of mandamus 
 remains pending before this Court.]